## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

Order Filed on December 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtors

_____

In Re:                                    )   Case No.:  19-26977 (VFP)
                                          )
                                          )   Chapter:  13
**William W. Turpin**                     )
**Mihoko M. Turpin**                      )
                                          )   Judge:  Vincent F. Papalia
                                          )
                                          )   Hearing Date:  12/5/2019 2:00 p.m..
                      Debtors             )

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

DATED: December 10, 2019

The relief set forth on the following page is hereby ORDERED.

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

Case No.:  19-26977 (VFP)

The applicant having certified that legal work for Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$5,687.50** for services rendered and expenses in the amount of **$35.08** for a total of **$5,722.58**  The allowance shall be payable:

__X__    through the Chapter 13 Plan as an administrative priority.

$5,722.58 less $2,500.00 retainer for a balance of $3,222.58

__X__    Plan Payments will increase, as follows:

- Current Plan payments are $700.00
- Beginning January 1, 2020, Plan payments will increase to $757.00