# UNITED STATES BANKRUPTCY C

## DISTRICT OF NEW JERSEY

### NEWARK VICINAGE

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on December 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtors

_____

| | |
|---|---|
| In Re: | ) Case No.:  19-26977 (VFP) |
| | ) |
| | ) Chapter:  13 |
| **William W. Turpin** | ) |
| **Mihoko M. Turpin** | ) |
| | ) Judge:  Vincent F. Papalia |
| | ) |
| | ) Hearing Date:  12/5/2019 2:00 p.m.. |
| _____ Debtors | ) |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby ORDERED.

DATED: December 10, 2019

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

Case No.:  19-26977 (VFP)


The applicant having certified that legal work for Chapter 13 services has been rendered, and no objections having been raised, it is:


**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$5,687.50** for services rendered and expenses in the amount of **$35.08** for a total of **$5,722.58**  The allowance shall be payable:


  **X**     through the Chapter 13 Plan as an administrative priority.

             $5,722.58 less $2,500.00 retainer for a balance of $3,222.58

  **X**     Plan Payments will increase, as follows:

- Current Plan payments are $700.00
- Beginning January 1, 2020, Plan payments will increase to $757.00

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-26977-VFP
William W. Turpin                                                               Chapter 13
Mihoko M. Turpin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Dec 11, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2019.
db/jdb          +William W. Turpin,   Mihoko M. Turpin,   21 Laurel Avenue,   Apt. 3,   Tenafly, NJ 07670-2117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2019 at the address(es) listed below:
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Ralph A Ferro, Jr    on behalf of Debtor William W. Turpin ralphferrojr@msn.com
          Ralph A Ferro, Jr    on behalf of Joint Debtor Mihoko M. Turpin ralphferrojr@msn.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 4