UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ralph A. Ferro, Jr., Esq. (rf-2229)
Law Offices
66 East Main Street, 3rd Floor
Little Falls, NJ 07424
973-200-0988
Attorney for Debtors

In Re:

William W. Turpin
Mihoko M. Turpin

Debtors

Case No.:	19-26977-VFP

Judge:	Vincent F. Papalia

Chapter:	13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by ___Toyota Motor Credit___, creditor,

    A hearing has been scheduled for ___3-5-20___, at _10:00 am_.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☒ Payments have been made in the amount of $ ___1479.65___, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 2-6-20                                         /s/William W. Turpin
                                                     Debtor's Signature

Date: 2-6-20                                         /s/Mihoko M. Turpin
                                                     Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*



Dear WILLIAM TURPIN:

This email is to confirm that on 02/03/2020 you verbally authorized a credit or debit card payment to the card identified below for payment to your TFS vehicle account.

Details regarding the transaction appear below:

Payment Amount: 1479.65
Fee Amount: 0.00
Payment Scheduled Date: 02/03/2020
Card Number: 0181
Confirmation Number: 89022292

If you have any questions, please contact Customer Service at (800) 874-8822.

Please note:  This email message was sent from a notification-only address that cannot accept incoming email.  Please do not reply to this message.