Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−26977−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

William W. Turpin
21 Laurel Avenue
Apt. 3
Tenafly, NJ 07670

Mihoko M. Turpin
21 Laurel Avenue
Apt. 3
Tenafly, NJ 07670

Social Security No.:
xxx−xx−1714                                                xxx−xx−3540

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:        4/2/20
Time:        02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Ralph A Ferro Jr,

COMMISSION OR FEES
$2817.50

EXPENSES
$32.50

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
       creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 3, 2020
JAN:

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:
William W. Turpin
Mihoko M. Turpin
    Debtors

Case No. 19-26977-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Mar 03, 2020
                        Form ID: 137      Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2020.

```
db/jdb          +William W. Turpin,    Mihoko M. Turpin,    21 Laurel Avenue,    Apt. 3,    Tenafly, NJ 07670-2117
518443427      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court:  American Honda Finance,    201 Little Falls Drive,
                 Wilmington, DE 19808)
518443429       +Continental Fin Co,    4550 New Linden Hill Road,    Wilmington, DE 19808-2930
518443433      ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                 (address filed with court:  First Savings Credit Card,    500 E. 60th Street,
                 Sioux Falls, SD 57104)
518443435       +FSB Blaze CC,    500 E. 60th Street,    Sioux Falls, SD 57104-0478
518443432       +First Premier Bank,    3820 N Louise Avenue,    Sioux Falls, SD 57107-0145
518443437       +Lending Club Corp.,    595 Market Street Suite 400,    Suite 300,    San Francisco, CA 94105-2807
518443439       +Oportun Inc/Progreso Fin,    3201 Dalls Pkwy,    Suite 700,    Frisco, TX 75034-9573
518443441       +Peter & Christopher Riedel,    PO Box 842,    Ogunquit, ME 03907-0842
518443443      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:  State of NJ Div of Taxation,    Box 245,    Trenton, NJ 08695)
518443445       +TBOM/Fortiva MC,    Box 105555,    Atlanta, GA 30348-5555
518443446      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Motor Credit Corp.,    5005 N River Blvd NE,
                 Cedar Rapids, IA 52411-6634)
518512075       +The Bank of Missouri,    PO Box 105555,    Atlanta, GA 30348-5555
518508684       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 04 2020 00:20:15      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 04 2020 00:20:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518463630       E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 04 2020 00:20:24
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
518443426      +E-mail/Text: backoffice@affirm.com Mar 04 2020 00:21:13      Affirm, Inc.,
                 650 California Street,    San Francisco, CA 94108-2716
518443428      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 04 2020 00:22:25      Capital One Bank,
                 10700 Capital One Way,    Richmond, VA 23060-9243
518510727      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 04 2020 00:22:39
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518443430      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 04 2020 00:23:15      Credit One Bank,
                 Box 98872,    Las Vegas, NV 89193-8872
518443431      +E-mail/PDF: pa_dc_ed@navient.com Mar 04 2020 00:22:32      Dept of Ed/Navient,
                 123 Justison Street,    3rd Floor,    Wilmington, DE 19801-5360
518586008      +E-mail/PDF: pa_dc_ed@navient.com Mar 04 2020 00:23:14      Dept. of Ed/Navient,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
518443434       E-mail/Text: bk@freedomfinancialnetwork.com Mar 04 2020 00:19:05      Freedom Financial,
                 4940 S Wendler Drive,    Suite 210,    Tempe, AZ 85282
518495852       E-mail/Text: bk@freedomfinancialnetwork.com Mar 04 2020 00:19:05
                 Freedom Financial Asset Management LLC,    PO Box 2340,    Phoenix, AZ 85002
518443436       E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 04 2020 00:19:42      Internal Revenue Service,
                 Box 7346,    Philadelphia, PA 19101-7346
518503127       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 04 2020 00:23:20      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518503628       E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 04 2020 00:22:58      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518443438      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 04 2020 00:22:17      Merrick Bank,
                 Box 9201,    Old Bethpage, NY 11804-9001
518564641       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 04 2020 00:21:57
                 Portfolio Recovery Associates, LLC,    c/o Amazon,    POB 41067,    Norfolk VA 23541
518443440      +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:22:23      PayPal Credit,    Box 105658,
                 Atlanta, GA 30348-5658
518506113      +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 04 2020 00:20:35      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518443442      +E-mail/Text: bankruptcy@prosper.com Mar 04 2020 00:20:50      Prosper Market Place Inc,
                 221 Main Street,    #300,    San Francisco, CA 94105-1909
518563597       E-mail/Text: bncmail@w-legal.com Mar 04 2020 00:20:24      Prosper Marketplace Inc.,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
518443444      +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:23:06      Syncb/AMazon PLCC,    Box 965015,
                 Orlando, FL 32896-5015
518444692      +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:21:47      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518555990      +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:21:52      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                              TOTAL: 23
```

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Mar 03, 2020
                              Form ID: 137               Total Noticed: 37

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Ralph A Ferro, Jr    on behalf of Debtor William W. Turpin ralphferrojr@msn.com
          Ralph A Ferro, Jr    on behalf of Joint Debtor Mihoko M. Turpin ralphferrojr@msn.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 5
```