**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
NEWARK VICINAGE

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtors

Order Filed on April 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____
In Re:                                                    )    Case No.: 19-26977 (VFP)
                                                               )
                                                               )    Chapter:  13
                                                               )
**William W. Turpin**                              )
**Mihoko M. Turpin**                             )
                                                               )    Judge:  Vincent F. Papalia
                                                               )
                                                               )    Hearing Date:  4/2/20 @ 2:00 p.m.
                              Debtors           )

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: April 6, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

1

Case No.:  19-26977 (VFP)

The applicant having certified that legal work for Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$2,817.50** for services rendered and expenses in the amount of **$32.50** for a total of **$2,850.00**  The allowance shall be payable:

　　**X**　　through the Chapter 13 Plan as an administrative priority.

　　**X**　　Plan Payments will increase, as follows:
- Current monthly Plan payments are $757.00
- Beginning April 1, 2020 monthly Plan payments will increase to $810.00