# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
### NEWARK VICINAGE

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ralph A. Ferro, Jr., Esq. (RF-2229)
Law Office
66 East Main Street, 3rd Floor
Little Falls, NJ  07424
(973) 200-0988
Attorney for Debtors

**Order Filed on April 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | | |
|---|---|---|
| In Re: | ) | Case No.:  19-26977 (VFP) |
| | ) | |
| | ) | Chapter:  13 |
| **William W. Turpin** | ) | |
| **Mihoko M. Turpin** | ) | |
| | ) | Judge:  Vincent F. Papalia |
| | ) | |
| | ) | Hearing Date:  4/2/20 @ 2:00 p.m. |
| Debtors | ) | |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: April 6, 2020**

_____

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

1

Case No.:  19-26977 (VFP)

The applicant having certified that legal work for Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Ralph A. Ferro, Jr., Esq.,** the applicant, is allowed a fee of **$2,817.50** for services rendered and expenses in the amount of **$32.50** for a total of **$2,850.00**  The allowance shall be payable:

___**X**___    through the Chapter 13 Plan as an administrative priority.

___**X**___    Plan Payments will increase, as follows:

- Current monthly Plan payments are $757.00
- Beginning April 1, 2020 monthly Plan payments will increase to $810.00

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-26977-VFP
William W. Turpin                                                     Chapter 13
Mihoko M. Turpin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Apr 06, 2020
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2020.
db/jdb          +William W. Turpin,    Mihoko M. Turpin,    21 Laurel Avenue,    Apt. 3,    Tenafly, NJ 07670-2117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Ralph A Ferro, Jr    on behalf of Debtor William W. Turpin ralphferrojr@msn.com
          Ralph A Ferro, Jr    on behalf of Joint Debtor Mihoko M. Turpin ralphferrojr@msn.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 5