| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | William W. Turpin | Social Security number or ITIN  xxx–xx–1714 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Mihoko M. Turpin | Social Security number or ITIN  xxx–xx–3540 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–26977–VFP | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

William W. Turpin                                             Mihoko M. Turpin

10/30/20                                                      **By the court:**   Vincent F. Papalia
                                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
William W. Turpin  
Mihoko M. Turpin  
    Debtor(s)

Case No. 19-26977-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 30, 2020 | Form ID: 318 | Total Noticed: 38 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William W. Turpin, Mihoko M. Turpin, 21 Laurel Avenue, Apt. 3, Tenafly, NJ 07670-2117 |
| 518443427 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 518443429 | + | Continental Fin Co, 4550 New Linden Hill Road, Wilmington, DE 19808-2930 |
| 518443433 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, First Savings Credit Card, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 518443435 | + | FSB Blaze CC, 500 E. 60th Street, Sioux Falls, SD 57104-0478 |
| 518443437 | + | Lending Club Corp., 595 Market Street Suite 400, Suite 300, San Francisco, CA 94105-5839 |
| 518443439 | + | Oportun Inc/Progreso Fin, 3201 Dalls Pkwy, Suite 700, Frisco, TX 75034-9573 |
| 518443441 | + | Peter & Christopher Riedel, PO Box 842, Ogunquit, ME 03907-0842 |
| 518443443 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 518443445 | + | TBOM/Fortiva MC, Box 105555, Atlanta, GA 30348-5555 |
| 518512075 | + | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 518508684 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: charles.forman@txitrustee.com | Oct 30 2020 21:19:00 | Charles M. Forman, Forman Holt, 365 West Passaic St., Suite 400, Rochelle Park, NJ 07662-3017 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 30 2020 21:20:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 30 2020 21:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518463630 | | EDI: HNDA.COM | Oct 31 2020 00:13:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518443426 | + | Email/Text: backoffice@affirm.com | Oct 30 2020 21:21:00 | Affirm, Inc., 650 California Street, San Francisco, CA 94108-2716 |
| 518443428 | + | EDI: CAPITALONE.COM | Oct 31 2020 00:13:00 | Capital One Bank, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 518510727 | + | EDI: AIS.COM | Oct 31 2020 00:13:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518443430 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 30 2020 21:07:44 | Credit One Bank, Box 98872, Las Vegas, NV 89193-8872 |
| 518443431 | + | EDI: NAVIENTFKASMDOE.COM | Oct 31 2020 00:13:00 | Dept of Ed/Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5360 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 30, 2020 | Form ID: 318 | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| 518586008 | + | EDI: NAVIENTFKASMDOE.COM | Oct 31 2020 00:13:00 | Dept. of Ed/Navient, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |
| 518443434 | | Email/Text: bk@freedomfinancialnetwork.com | Oct 30 2020 21:18:00 | Freedom Financial, 4940 S Wendler Drive, Suite 210, Tempe, AZ 85282 |
| 518495852 | | Email/Text: bk@freedomfinancialnetwork.com | Oct 30 2020 21:18:00 | Freedom Financial Asset Management LLC, PO Box 2340, Phoenix, AZ 85002 |
| 518443432 | + | EDI: AMINFOFP.COM | Oct 31 2020 00:13:00 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 518443436 | | EDI: IRS.COM | Oct 31 2020 00:13:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 518503127 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2020 21:10:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518503628 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 30 2020 21:10:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518443438 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 30 2020 21:07:36 | Merrick Bank, Box 9201, Old Bethpage, NY 11804-9001 |
| 518564641 | | EDI: PRA.COM | Oct 31 2020 00:13:00 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 518443440 | + | EDI: RMSC.COM | Oct 31 2020 00:13:00 | PayPal Credit, Box 105658, Atlanta, GA 30348-5658 |
| 518506113 | + | EDI: JEFFERSONCAP.COM | Oct 31 2020 00:13:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518443442 | + | Email/Text: bankruptcy@prosper.com | Oct 30 2020 21:21:00 | Prosper Market Place Inc, 221 Main Street, #300, San Francisco, CA 94105-1909 |
| 518563597 | + | Email/Text: bncmail@w-legal.com | Oct 30 2020 21:20:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518443444 | + | EDI: RMSC.COM | Oct 31 2020 00:13:00 | Syncb/AMazon PLCC, Box 965015, Orlando, FL 32896-5015 |
| 518555990 | + | EDI: RMSC.COM | Oct 31 2020 00:13:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518444692 | + | EDI: RMSC.COM | Oct 31 2020 00:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518443446 | | EDI: TFSR.COM | Oct 31 2020 00:13:00 | Toyota Motor Credit Corp., 5005 N River Blvd NE, Cedar Rapids, IA 52411-6634 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| jdb | *+ | Mihoko M. Turpin, 21 Laurel Avenue, Apt. 3, Tenafly, NJ 07670-2117 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 30, 2020 | Form ID: 318 | Total Noticed: 38 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2020            Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2020 at the address(es) listed below:

**Name**                **Email Address**

Charles M. Forman
    cforman@formanlaw.com  lcapasso@formanlaw.com;cforman@iq7technology.com;ecf.alert+Forman@titlexi.com

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Ralph A Ferro, Jr
    on behalf of Debtor William W. Turpin ralphferrojr@msn.com

Ralph A Ferro, Jr
    on behalf of Joint Debtor Mihoko M. Turpin ralphferrojr@msn.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5